## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 14-cv-00145-RM-MEH

MARLENE WIMBERLY,

    Plaintiff,

v.

NORTHLAND GROUP, INC., a Minnesota corporation,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice (ECF No. 8) filed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED this 13th day of February, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge